— Order reversed on the law and facts as a matter of discretion, with ten dollars costs and disbursements, and motion to vacate the notice granted, with ten dollars costs. Memorandum: The matters upon which examination of petitioner is sought are in the main either not material and necessary, or are not shown to be within the knowledge of petitioner's agents, or may be obtained by means of a bill of particulars. Proof of value will depend largely on the testimony of expert witnesses. The effect of such an examination as respondent seeks would be to cause unnecessary expense and to delay unduly the trial upon which respondent will have ample opportunity to cross-examine the petitioner's witnesses. All concur. (The order denies petitioner's motion to vacate or modify notice to take testimony before trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GEORGE A. COPELAND, as Administrator, etc., of LAURA H. BLACKMON, Deceased, and ALEXANDER M. STEWART, Respondents, v. WILLIAM S. COOK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendants' motion to vacate a notice of examination of defendants before trial in an action to set aside issuance of stock.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. WINTERKAMP, Respondent, v. JOSEPH L. MATT and Others, Constituting the Board of Assessors of the City of Utica, etc., and Another, Appellants. (1940 Roll.) — Final order and judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that it was error to exclude evidence of profits derived by the respondent arising from a business conducted by him on the premises. The evidence was competent on the value of the use and enjoyment of the premises. (*People ex rel. Powers* v. *Kalbfleisch*, 25 App. Div. 432, 436; affd., 156 N. Y. 678.) (The final order and judgment reduces an assessment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. WINTERKAMP, Respondent, v. BOYD E. GOLDER and Others, Constituting the Board of Assessors of the City of Utica, etc., and Another, Appellants. (1941 Roll.) — Final order and judgment affirmed, with costs. All concur, except Dowling, J., who dissents and votes for reversal on the law and for granting a new trial on the ground that it was error to exclude evidence of profits derived by the respondent arising from a business conducted by him on the premises. The evidence was competent on the value of the use and enjoyment of the premises. (*People ex rel. Powers* v. *Kalbfleisch*, 25 App. Div. 432, 436; affd., 156 N. Y. 678.) (The final order and judgment reduces an assessment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARY E. MILLS, Appellant, v. ROSE B. McKEE, as Administratrix, etc., of HARRY C. McKEE, Deceased, Respondent, and FRANCIS L. KAESLIN and EMMA W. KAESLIN, Defendants.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (The judgment is for defendant McKee for no cause of action, in an action for damages for personal injuries sustained by plaintiff by reason of falling on a defective stairway. The order denies plaintiff's motion for a new trial as to said defendant.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

DOROTHY SEBRING, Respondent, v. JOSEPH FIGLOW, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in